# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Luis Raymundo Martinez-Reza ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08CR0628-BTM <br> 08MJ0492 <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Mat. wit. Elvia Marina Ibarra-Galindo

DATED: 03/06/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Raupe_    OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk