AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
MAR - 3 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| LUIS RAYMUNDO MARTINEZ-REZA | CASE NUMBER: 08CR0628-BTM |

I, **LUIS RAYMUNDO MARTINEZ-REZA**, the above named defendant, who is accused of committing the following offense:

> Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/6/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Luis Raymundo w/h Reza_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER